# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Laura A. Plumlee )
                                 Plaintiff(s), )
v. )
Pfizer, Inc. )
                                 Defendant(s). )

Case No: 5:13-cv-00414

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Christopher L. Coffin, an active member in good standing of the bar of Louisiana and Georgia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Laura A. Plumlee in the above-entitled action. My local co-counsel in this case is Michael L. Baum, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 24110 Eden Street<br>Plaquemine, LA 70764 | 12100 Wilshire Blvd., Suite 950<br>Los Angeles, CA 90024 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (225) 687-6396 | (310) 207-3233 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| ccoffin@pbclawfirm.com | mbaum@baumhedlundlaw.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 27902.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/26/13                                                                        Christopher L. Coffin
                                                                                                                         APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher L. Coffin is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: July 16, 2013

*Lucy H. Koh*
Lucy H. Koh
United States District Judge

*PRO HAC VICE* APPLICATION & ORDER