UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA A. PLUMLEE, an individual, on behalf of herself and all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., a New York Corporation <br><br> Defendant. | Case No.: 13-CV-00414-LHK <br><br><br> ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the Case Management Conference set for January 8, 2014, to February 6, 2014, at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: January 2, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 13-CV-00414-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE