UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA A. PLUMLEE, an individual, on behalf of herself and all other persons similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> PFIZER, INC., a New York Corporation <br><br> Defendant. | Case No.: 13-CV-00414-LHK <br><br> ORDER RE: MOTION FOR RELIEF FROM NONDISPOSITIVE PRETRIAL ORDER |

Plumlee has filed a Motion for Relief from a Nondispositive Order of Magistrate Judge Grewal. *See* ECF No. 89. In the Motion, Plumlee also seeks alternative relief of leave to amend her complaint. The Court ORDERS Pfizer to respond to Plumlee's Motion. Pfizer's Opposition is limited to 5 pages and shall be filed by 5 p.m. on January 24, 2014. In its Opposition, Pfizer shall address both forms of relief Plumlee seeks in her Motion. The Court will consider Plumlee's Motion along with Pfizer's Motion for Judgment on the Pleadings on February 6, 2014.

**IT IS SO ORDERED.**

Dated: January 17, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge