UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA A. PLUMLEE, an individual, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PFIZER, INC., a New York Corporation,<br><br>Defendant. | Case No.: 13-CV-00414-LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE AND ALLOWING DISCOVERY |

The Court continues the Case Management Conference from February 27, 2014, at 1:30p.m. to May 14, 2014, at 2:00p.m. The discovery stay previously imposed by the Court expired on February 6, 2014. The Court declines to re-impose the stay and discovery may proceed.

**IT IS SO ORDERED.**

Dated: February 21, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 13-CV-00414-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE AND ALLOWING DISCOVERY