UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| LAURA A. PLUMLEE, an individual, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER, INC., a New York Corporation,<br><br>Defendant. | CASE NO. 5:13-CV-00414-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATION REGARDING DATE FOR ANSWER TO AMENDED COMPLAINT<br><br>Judge:     Hon. Lucy H. Koh<br>Location: Courtroom 8, 4th Floor, United States Courthouse, 280 South First Street, San Jose, CA 95113 |

Pursuant to Civil Local Rules 6-1(b) and 6-2 Plaintiff Laura A. Plumlee and Defendant Pfizer Inc. ("Pfizer") filed a Stipulation Regarding Date For Answer To Amended Complaint. Specifically, the parties have agreed that if the Court denies Pfizer's Motion to Dismiss the Amended Complaint, Pfizer's Answer to the Amended Complaint will not be due until twenty days after the Court's order.

Having considered the stipulation, the declaration of Karin Kramer, and for good cause shown, the Court hereby ORDERS as follows:

1. If the Court denies Pfizer's Motion to Dismiss the Amended Complaint, Pfizer's Answer to the Amended Complaint will be due twenty (20) days after the Court's order.

**IT IS SO ORDERED.**

DATED: March 13, 2014

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Judge