UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA A. PLUMLEE, an individual, on behalf of herself and all other persons similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>PFIZER, INC., a New York Corporation,<br><br>Defendant. | Case No. 5:13-CV-0414-LHK-PSG<br><br>[PROPOSED] FINAL JUDGMENT |

WHEREAS, on August 29, 2014, the Court dismissed this case with prejudice. (Dkt. No. 199.)

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that judgment shall be and hereby is entered against Plaintiff Laura A. Plumlee and in favor of Defendant Pfizer Inc.

Dated: September 5, 2014

*Lucy H. Koh*
The Hon. Lucy H. Koh